**OFFICE OF THE CIRCUIT MEDIATOR**
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **DONNA S. HART**<br>**SENIOR RESIDENT CIRCUIT MEDIATOR**<br>c/o U. S. P. O., 2330 Broad Street<br>DURHAM, NC 27704-3004<br>(919) 245-1390<br>FAX (919) 245-1395<br>Donna_Hart@ca4.uscourts.gov | **FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA<br><br>**EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA |

April 28, 2014

Re: 14-1316, MidAtlantic International Inc. v. AGC Flat Glass North America

**NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

This letter will confirm that the mediation conference has been rescheduled
for **May 9, 2014, at 10:00 a.m.** EASTERN time.

Thank you for your assistance in this matter.

Sincerely,

Donna S. Hart
Senior Resident Circuit Mediator

Copies:   James Long Chapman IV
Elaine Inman Hogan
Joseph Michael Rainsbury
Charles Michael Sims