FILED: May 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1316
(2:12-cv-00169-RGD-LRL)

_____

MIDATLANTIC INTERNATIONAL INC.

      Plaintiff - Appellee

v.

AGC FLAT GLASS NORTH AMERICA, INC.

      Defendant - Appellant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 07/11/2014

Opening brief due: 07/11/2014

Response brief due: 08/15/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk