IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| MIDATLANTIC INTERNATIONAL INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff-Appellee | | |
| v. | | Record No. 14-1316 |
| AGC FLAT GLASS NORTH AMERICA, INC., | | |
| Defendant-Appellant. | | |

MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MATERIAL AS ATTACHMENT

COMES NOW Appellant AGC Flat Glass North America, Inc. ("AGC"), by counsel, and pursuant to Local Rule 28(b) hereby moves this Court for leave to file supplemental material as an attachment to its opening brief.[1]  In support of this Motion, Appellant states as follows:

1.   This matter is now on appeal before this Court.

2.   One of the issues in this case is whether the District Court's frequent interference with AGC's presentation of evidence deprived AGC of a fair trial.

3.   To illustrate the extraordinary frequency of Judge Doumar's *sua sponte* interruptions, AGC has prepared a table analyzing the testimony of just five witnesses.

---

[1] Appellant has notified Counsel for Appellee about Appellant's intent to file this motion. Appellee's counsel stated that Appellee will oppose this motion and file a response.

4. The table sets forth the approximately 200 times that the District Court interjected itself into the parties' questioning of those witnesses. A copy of this table is attached hereto as Exhibit 1.

5. AGC wishes to file this table, under separate cover, as an attachment to its brief.

6. The table will assist the Court in evaluating Appellant's judicial-bias argument.

7. Under Local Rule 28(b), this Court may, on a party's motion, grant leave to file such an attachment.

WHEREFORE Appellant, by counsel, respectfully requests that this Court grant leave under Local Rule 28(b) for it to file this table as an attachment to its opening brief.

By:    /s/ Joseph M. Rainsbury
          Of Counsel

Joseph M. Rainsbury (VSB #45782)
LeClairRyan, A Professional Corporation
1800 Wells Fargo Tower
Post Office Drawer 1200
Roanoke, Virginia 24006
Telephone: (540) 510-3000
Facsimile: (540) 510-3050
joseph.rainsbury@leclairryan.com

Charles M. Sims (VSB No. 35845)
LeclairRyan, A Professional Corporation
Riverfront Plaza, East Tower 8th Floor
951 East Byrd Street
Mailing: P.O. Box 2499
Richmond, Virginia  23219
Telephone: 804.343.5091
Facsimile:  804.783.7655
charles.sims@leclairryan.com
    *Counsel for Appellant AGC Flat Glass North*
      *America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

                                                      /s/ Joseph M. Rainsbury
                                    Joseph M. Rainsbury (VSB #45782)
                                    LeClairRyan, A Professional Corporation
                                    1800 Wells Fargo Tower
                                    Post Office Drawer 1200
                                    Roanoke, Virginia 24006
                                    Telephone: (540) 510-3000
                                    Facsimile:  (540) 510-3050
                                    joseph.rainsbury@leclairryan.com

*MidAtlantic International Inc. v. AGC Flat Glass North America, Inc.*
**District Court's Sua Sponte Interruptions of Selected Witnesses**
**(Boves, Burkette, Itoh, Kolbert, and Cooper)**

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 202:20 | Jose Boves | MidAtlantic | Chapman | Question re exhibit |
| 204:16 | Jose Boves | MidAtlantic | Chapman | Question re date of exhibit |
| 205:21 | Jose Boves | MidAtlantic | Chapman | Question asking witness about prior experience being left with dolomite |
| 209:8 | Jose Boves | AGC | Sims | Question to counsel about proposal |
| 210:22 | Jose Boves | AGC | Sims | Question to counsel re exhibits |
| 211:25 | Jose Boves | AGC | Sims | Question to counsel re who approved the specifications for AGC |
| 212:17 | Jose Boves | AGC | Sims | Question re which exhibit is being discussed |
| 212:24 | Jose Boves | AGC | Sims | Question about exhibit - what date it was |
| 213:10 | Jose Boves | AGC | Sims | Question to witness about exhibit - handwriting on it |
| 214:21 | Jose Boves | AGC | Sims | Interruption to critique counsel's question |
| 216:18 | Jose Boves | AGC | Sims | Interruption to tell attorney not to restate witness's prior testimony |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 217:25 | Jose Boves | AGC | Sims | Examination of witness re specifications submitted |
| 220:13 | Jose Boves | AGC | Sims | Remark about which exhibit to look at |
| 220:22 | Jose Boves | AGC | Sims | Question asking who Daniel Csumrik is |
| 221:7 | Jose Boves | AGC | Sims | Critique of question re letter |
| 221:23 | Jose Boves | AGC | Sims | Statement to witness not to read the letter |
| 223:1 | Jose Boves | AGC | Sims | Examination of witness re letter |
| 224:25 | Jose Boves | AGC | Sims | Question about which exhibit is being discussed |
| 229:5 | Jose Boves | AGC | Sims | Question re exhibit |
| 230:4 | Jose Boves | AGC | Sims | Critique of question re what witness doesn't know |
| 236:20 | Jose Boves | MidAtlantic | Chapman | Questions to witness re mesh analysis and re take-or-pay clause |
| 428:4 | David Burkett | AGC | Sims | Question to witness re graduation year |
| 431:7 | David Burkett | AGC | Sims | Question to witness re corporate lab |
| 431:24 | David Burkett | AGC | Sims | Comment re exhibit being redacted. |
| 433:2 | David Burkett | AGC | Sims | Question re exhibit |

2

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 434:13 | David Burkett | AGC | Sims | Interruption to advise counsel not to go into detail with question |
| 435:6 | David Burkett | AGC | Sims | Question re exhibit |
| 436:6 | David Burkett | AGC | Sims | Question to counsel re reading of specification |
| 437:8 | David Burkett | AGC | Sims | Question to witness re specifications |
| 439:20 | David Burkett | AGC | Sims | Question re type of glass |
| 440:14 | David Burkett | AGC | Sims | Cutting off witness's discussion of experience in glass industry |
| 440:24 | David Burkett | AGC | Sims | Critique of question - expert opinion |
| 442:9 | David Burkett | AGC | Sims | Question to witness re acid insoluble particles > 30 mesh |
| 443:17 | David Burkett | AGC | Sims | Question to witness – clarification and criticism of testimony |
| 448:20 | David Burkett | AGC | Sims | Examination of witness re whether witness personally did investigation |
| 454:10 | David Burkett | AGC | Sims | Examination of witness re furnace dolomite was going through |
| 454:21 | David Burkett | AGC | Sims | Examination of witness re date of switchover to Italian dolomite |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 455:21 | David Burkett | AGC | Sims | Examination of witness re daily testing of glass |
| 457:13 | David Burkett | AGC | Sims | Question re exhibit |
| 458:7 | David Burkett | AGC | Sims | Examination of witness re spreadsheet showing amount of Spanish dolomite used in furnace |
| 459:13 | David Burkett | AGC | Sims | Question to witness re decrease in alumina stones |
| 460:3 | David Burkett | AGC | Sims | Examination of witness |
| 460:16 | David Burkett | AGC | Sims | Question re exhibit |
| 461:10 | David Burkett | AGC | Sims | Question to witness regarding chart |
| 467:8 | David Burkett | AGC | Sims | Examination of witness regarding number of stones and whether there was a problem on both furnaces |
| 467:23 | David Burkett | AGC | Sims | Question to witness re defects in products coming out of K3 furnace |
| 468:5 | David Burkett | AGC | Sims | Changing counsel's question to witness |
| 468:17 | David Burkett | AGC | Sims | Question to witness regarding use of Spanish dolomite in K1 |
| 472:18 | David Burkett | MidAtlantic | Chapman | Question re exhibit |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 473:22 | David Burkett | MidAtlantic | Chapman | Question re exhibit |
| 474:18 | David Burkett | MidAtlantic | Chapman | Examination of witness re why dolomite spec was in Greenland plant's book when Greenland did not use low-iron dolomite |
| 476:20 | David Burkett | MidAtlantic | Chapman | Question to counsel re date |
| 477:14 | David Burkett | MidAtlantic | Chapman | Question re number of exhibit |
| 480:10 | David Burkett | MidAtlantic | Chapman | Questions to counsel re exhibit and what he is trying to establish with questioning |
| 481:6 | David Burkett | MidAtlantic | Chapman | Comment to counsel to move along |
| 485:24 | David Burkett | MidAtlantic | Chapman | Asking counsel where he is going |
| 496:5 | David Burkett | MidAtlantic | Chapman | Question re number of exhibit |
| 497:12 | David Burkett | MidAtlantic | Chapman | Comment to counsel to ask the question instead of restating testimony |
| 499:21 | David Burkett | MidAtlantic | Chapman | Question to counsel re relevance |
| 503:1 | David Burkett | AGC | Sims | Question to counsel re redundancy |
| 504:8 | David Burkett | AGC | Sims | Question to counsel re scope of testing |
| 504:23 | David Burkett | AGC | Sims | Question to witness re date of testing |
| 507:16 | David Burkett | AGC | Sims | Question re exhibit |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 508:13 | David Burkett | AGC | Sims | Question to witness regarding whether testing was same as what Bernard performed |
| 510:15 | David Burkett | AGC | Sims | Interrupting examination to tell counsel what witness could and could not testify about |
| 514:11 | David Burkett | AGC | Sims | Examination of witness to get him to concede report is not accurate |
| 515:21 | David Burkett | AGC | Sims | Examination of witness re accuracy of exhibit and what witness knew about testing |
| 517:6 | David Burkett | AGC | Sims | Comment to counsel re whether redirected exceeded scope of cross |
| 518:17 | David Burkett | AGC | Sims | Comment re redundancy |
| 664:14 | Naohisa Itoh | AGC | Sims | Interruption to ask that the microphone be turned down |
| 668:4 | Naohisa Itoh | AGC | Sims | Question to witness re ownership of lab in Japan |
| 668:22 | Naohisa Itoh | AGC | Sims | Interruption regarding personal knowledge of witness of Kingsport lab |
| 669:6 | Naohisa Itoh | AGC | Sims | Interruption to say "all right" to witness's personal knowledge. |
| 669:13 | Naohisa Itoh | AGC | Sims | Statement that he couldn't hear testimony |

6

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 672:21 | Naohisa Itoh | AGC | Sims | Statement that witness did not say what the data was that he received |
| 676:5 | Naohisa Itoh | AGC | Sims | Stating that he was confused about timing |
| 680:7 | Naohisa Itoh | AGC | Sims | Statement that the opinion is not an expert opinion |
| 680:8 | Naohisa Itoh | AGC | Sims | Statement that witness's opinion was not an expert opinion |
| 680:16 | Naohisa Itoh | AGC | Sims | Question re expense of crushing dolomite |
| 681:19 | Naohisa Itoh | AGC | Sims | Question re who sample was sent to |
| 682:4 | Naohisa Itoh | AGC | Sims | Examination of witness re when sample was sent |
| 683:1 | Naohisa Itoh | AGC | Sims | Statement that he wants to know who the sample went to and stating that "witness doesn't seem to know when, what or whom it was sent to" |
| 686:8 | Naohisa Itoh | AGC | Sims | Question re date of exhibit |
| 691:9 | Naohisa Itoh | AGC | Sims | Question to witness re test |
| 692:23 | Naohisa Itoh | AGC | Sims | Statement to counsel to let witness testify |
| 693:15 | Naohisa Itoh | AGC | Sims | Question about type of test |

7

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 693:20 | Naohisa Itoh | AGC | Sims | Question re heavy metal test |
| 704:19 | Naohisa Itoh | MidAtlantic | Chapman | Question to witness regarding sending sample to Europe |
| 707:19 | Naohisa Itoh | MidAtlantic | Chapman | Question re which exhibit is being discussed |
| 710:6 | Naohisa Itoh | MidAtlantic | Chapman | Examination of witness re K1 furnace and question to witness re testing related to that furnace |
| 715:6 | Naohisa Itoh | MidAtlantic | Chapman | Asking whether counsel had a question |
| 718:5 | Naohisa Itoh | MidAtlantic | Chapman | Question to witness re whether witness could recall email |
| 726:1 | Naohisa Itoh | MidAtlantic | Chapman | Question re exhibit |
| 726:17 | Naohisa Itoh | MidAtlantic | Chapman | Question re conversations regarding dolomite. |
| 732:21 | Naohisa Itoh | MidAtlantic | Chapman | Question re exhibit |
| 733:3 | Naohisa Itoh | AGC | Sims | Question to counsel whether exhibit is in evidence |
| 733:24 | Naohisa Itoh | AGC | Sims | Question re exhibit |
| 734:17 | Naohisa Itoh | AGC | Sims | Critique of question |
| 736:8 | Naohisa Itoh | AGC | Sims | Question whether exhibit was in evidence |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 737:10 | Naohisa Itoh | AGC | Sims | Question to counsel as to where questioning is going |
| 738:5 | Naohisa Itoh | AGC | Sims | Comment to counsel |
| 738:22 | Naohisa Itoh | AGC | Sims | Question to witness re who sender of email worked for |
| 740:4 | Naohisa Itoh | AGC | Sims | Critique of question as beyond scope of cross |
| 741:7 | Naohisa Itoh | AGC | Sims | Critique of question re redundant questioning |
| 743:16 | Naohisa Itoh | MidAtlantic | Chapman | Critique of question, saying if witness cannot recall he cannot recall |
| 744:18 | Naohisa Itoh | MidAtlantic | Chapman | Statement that witness had already "admitted" dimension of particle was 0.5 |
| 745:1 | Naohisa Itoh | MidAtlantic | Chapman | Statement that witness "admitted" that 0.5 particle would go through 30 mesh screen |
| 745:23 | Naohisa Itoh | MidAtlantic | Chapman | Questioning witness whether letter said what it said |
| 776:17 | Andrew Kolbert | AGC | Best | Comment to counsel to move along in discussing expert's qualifications |
| 777:10 | Andrew Kolbert | AGC | Best | Cutting off questions re qualifications, asking opposing counsel whether he agreed witness was qualified |

9

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 780:6 | Andrew Kolbert | AGC | Best | Court's statement that it was confused about source of samples |
| 781:25 | Andrew Kolbert | AGC | Best | Examination of witness re whose procedure expert used |
| 782:18 | Andrew Kolbert | AGC | Best | Question for clarification of results of test |
| 784:2 | Andrew Kolbert | AGC | Best | Question for clarification re Greenland plant |
| 789:4 | Andrew Kolbert | AGC | Best | Question re exhibit |
| 792:19 | Andrew Kolbert | AGC | Best | Examination of witness re acid insoluble particles |
| 794:6 | Andrew Kolbert | AGC | Best | Examination of witness re what materials he tested |
| 796:9 | Andrew Kolbert | AGC | Best | Examination of witness about photograph of acid-insoluble particles |
| 798:20 | Andrew Kolbert | AGC | Best | Question re carbon adhering to particles |
| 799:15 | Andrew Kolbert | AGC | Best | Critique of question |
| 801:11 | Andrew Kolbert | AGC | Best | Observation about exhibit |
| 802:1 | Andrew Kolbert | AGC | Best | Question to counsel re usefulness of line of questioning |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 802:19 | Andrew Kolbert | AGC | Best | Statement to counsel on what witness can testify to |
| 809:11 | Andrew Kolbert | MidAtlantic | Chapman | Restatement of witness's testimony that sieve was size of dinner plate |
| 810:6 | Andrew Kolbert | MidAtlantic | Chapman | Question to witness about whether procedure he testified about was in written report |
| 818:15 | Andrew Kolbert | MidAtlantic | Chapman | Examination of witness about sampling technique |
| 822:6 | Andrew Kolbert | MidAtlantic | Chapman | Comment that question and been asked and answered and asking counsel to move along |
| 854:1 | Lorrie Cooper | AGC | Best | Question re exhibit |
| 855:25 | Lorrie Cooper | AGC | Best | Question re exhibit |
| 856:11 | Lorrie Cooper | AGC | Best | Examination of witness re purchases of dolomite decreasing |
| 857:15 | Lorrie Cooper | AGC | Best | Question re exhibit |
| 859:12 | Lorrie Cooper | AGC | Best | Telling counsel not to repeat witness's testimony |
| 860:17 | Lorrie Cooper | AGC | Best | Critique of question |
| 863:25 | Lorrie Cooper | AGC | Best | Telling counsel that he will not be able to go through all exhibits with witness |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 864:23 | Lorrie Cooper | AGC | Best | Examination of witness about additional content in email witness discussed |
| 865:11 | Lorrie Cooper | AGC | Best | Question re basis for witness's testimony about amount of nonconforming dolomite |
| 867:10 | Lorrie Cooper | AGC | Best | Examination of witness regarding whether she received certain document in the course of business |
| 872:8 | Lorrie Cooper | AGC | Best | Statement to counsel re getting to issues of case |
| 873:8 | Lorrie Cooper | AGC | Best | Statement of confusion re question and answer re dolomite |
| 873:17 | Lorrie Cooper | AGC | Best | Examination of witness |
| 874:17 | Lorrie Cooper | AGC | Best | Statement to jury to disregard figure in question |
| 876:3 | Lorrie Cooper | AGC | Best | Examination of witness about her involvement with four railcars of dolomite shipped to Greenland plant |
| 890:18 | Lorrie Cooper | MidAtlantic | Chapman | Examination of witness about whether AGC could order a bulk shipment at end of contract period and not pay for it |
| 893:25 | Lorrie Cooper | MidAtlantic | Chapman | Examination of witness regarding monthly orders |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 895:14 | Lorrie Cooper | MidAtlantic | Chapman | Question to witness to clarify that she was talking about Kingsport plant |
| 897:10 | Lorrie Cooper | MidAtlantic | Chapman | Telling witness only to answer the question asked |
| 905:14 | Lorrie Cooper | MidAtlantic | Chapman | Examination of witness to tell her what the question was, and then asking about what AGC would do if analysis was unsatisfactory |
| 908:7 | Lorrie Cooper | MidAtlantic | Chapman | Asking witness to speak into microphone |
| 910:7 | Lorrie Cooper | MidAtlantic | Chapman | Telling witness to stop speaking and asking her whether contract says what it says |
| 912:16 | Lorrie Cooper | MidAtlantic | Chapman | Asking when AGC asked MidAtlantic to stop sending railcars, telling witness to stop testifying |
| 913:9 | Lorrie Cooper | MidAtlantic | Chapman | Telling witness not to explain why AGC stopped railcars |
| 917:21 | Lorrie Cooper | MidAtlantic | Chapman | Telling witness to answer either "yes," "no," or "I don't know" |
| 919:2 | Lorrie Cooper | MidAtlantic | Chapman | Statement to counsel to move along |
| 919:25 | Lorrie Cooper | MidAtlantic | Chapman | Statement to counsel to move along |

13

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 921:19 | Lorrie Cooper | MidAtlantic | Chapman | Examination of witness about whether presence of certain amount of acid insolubles was allowable exception |
| 923:17 | Lorrie Cooper | MidAtlantic | Chapman | Statement to witness that MgO content of spinel was not in contract |
| 929:5 | Lorrie Cooper | MidAtlantic | Chapman | Question about whether testing related to dolomite being loaded onto ships |
| 930:4 | Lorrie Cooper | MidAtlantic | Chapman | Examination of witness regarding who sent contract specs to whom |
| 931:17 | Lorrie Cooper | MidAtlantic | Chapman | Question whether exhibit was in evidence |
| 933:11 | Lorrie Cooper | MidAtlantic | Chapman | Question re writing on exhibit |
| 934:3 | Lorrie Cooper | MidAtlantic | Chapman | Question to witness |
| 936:3 | Lorrie Cooper | MidAtlantic | Chapman | Asking whether exhibit refreshed memory |
| 951:20 | Lorrie Cooper | MidAtlantic | Chapman | Question about 1997 shipment of dolomite from MidAtlantic |
| 954:1 | Lorrie Cooper | MidAtlantic | Chapman | Telling counsel not to argue with witness |
| 958:6 | Lorrie Cooper | MidAtlantic | Chapman | Telling counsel to move along |
| 958:23 | Lorrie Cooper | MidAtlantic | Chapman | Asking about exhibit number |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 961:11 | Lorrie Cooper | MidAtlantic | Chapman | Examination of witness about conversation with MidAtlantic that they were not meeting 30 mesh requirement |
| 966:22 | Lorrie Cooper | MidAtlantic | Chapman | Telling witness what the question was that she was to answer |
| 968:2 | Lorrie Cooper | AGC | Best | Question to witness about whether Seguin was acting under witness's instructions |
| 971:20 | Lorrie Cooper | AGC | Best | Statement to counsel re questioning about railcars |
| 972:21 | Lorrie Cooper | AGC | Best | Question re exhibit |
| 973:11 | Lorrie Cooper | AGC | Best | Asking whether check relates to the railcars shipped |
| 973:21 | Lorrie Cooper | AGC | Best | Question re exhibit |
| 976:10 | Lorrie Cooper | AGC | Best | Question re exhibit |
| 977:14 | Lorrie Cooper | AGC | Best | Asking witness whether railcars were shipped to Kingsport |
| 978:14 | Lorrie Cooper | AGC | Best | Asking witness why one invoice showed fewer tons |
| 979:20 | Lorrie Cooper | AGC | Best | Asking about exhibit |

| Page Number Line Number | Witness | Exam. Party | Exam. Atty | Reason for Interruption |
|---|---|---|---|---|
| 981:5 | Lorrie Cooper | AGC | Best | Asking witness whether she could change contract specs |
| 982:10 | Lorrie Cooper | MidAtlantic | Chapman | Asking witness whether MidAtlantic informed AGC of problems with specs |
| 983:3 | Lorrie Cooper | MidAtlantic | Chapman | Question about exhibit |
| 983:22 | Lorrie Cooper | MidAtlantic | Chapman | Observing that AGC's counsel had asked a lot of questions about documents in Exhibit 329 |
| 986:15 | Lorrie Cooper | MidAtlantic | Chapman | Examination of witness about invoices at end of 2011 |
| 988:11 | Lorrie Cooper | MidAtlantic | Chapman | Question re exhibit |
| 989:22 | Lorrie Cooper | MidAtlantic | Chapman | Question re whether the invoices referred to November PO |
| 990:12 | Lorrie Cooper | MidAtlantic | Chapman | Question to witness whether payment would have to refer to PO |
| 992:4 | Lorrie Cooper | AGC | Best | Statement to counsel re questioning |